UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2023 AUG 21 PM 3: 54

_FLORICA — BULIGA_

Write the full name of each plaintiff.

23 CV 7395

_____CV_____

(Include case number if one has been assigned)

-against-

_RUDOLPH and HELLMAN_

_AUTOMOTIVE._

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?

☐ Yes  ☒ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| First Name | Middle Initial | Last Name |
|---|---|---|
| FLORICA | | BUZIGA |

Street Address

840 - 8th AVE # 10L    NEW YORK - NY 10019

| County, City | State | Zip Code |
|---|---|---|
| NEW - YORK | N.Y. | 10019 |

Telephone Number    212 - 258 - 2620

Email Address (if available)    dianabuziga@gmail.com

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    RUDOLPH - HELLMAN - AUTOMOTIVE
Name

Address where defendant may be served

1LE - GATE 10 - WATLINGTON - ROAD - COWLEY

| County, City | State | Zip Code |
|---|---|---|

Defendant 2:    OXFORD    OX4 6NL
Name

Address where defendant may be served

| County, City | State | Zip Code |
|---|---|---|

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City                    State            Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Name
*OXFORD — U.K.*

Address
*ILE. GATE 10 - WATLINGTON - RD - OXFORD - OX46NL*

County, City                              State                    Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐  **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

   The defendant discriminated against me because of my (check only those that apply and explain):

   ☐  race: _____

   ☐  color: _____

   ☐  religion: _____

   ☐  sex: _____

   ☒  national origin:  *U.S.A.* _____

Page 3

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

**B.  Other Claims**

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☒ Other (may include other relevant federal, state, city, or county law):

_WORKER - ACCIDENT_ _____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐  did not hire me

☐  terminated my employment

☐  did not promote me

☐  did not accommodate my disability

☐  provided me with terms and conditions of employment different from those of similar employees

☐  retaliated against me

☐  harassed me or created a hostile work environment

☒  other (specify):   WORK - ACCIDENT

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

ON - 20 - 07 - 2021 AFTER - A WORK ACCIDENT - I HAVE - A KNEE TOTAL REPLACEMENT - A - COMPANY - REFUSE TO - PAY. - LOSS - OF - EARNINGS. - PERSONAL - MONY. SPAND - MANY OTHER . EXPENSES RELATED - TO - KNEE - REPLACEMENT

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.  ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☐  Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?  _____

☐  No

Have you received a Notice of Right to Sue from the EEOC?

☐  Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?  _____

When did you receive the Notice?  _____

☒  No

## VI.  RELIEF

The relief I want the court to order is (check only those that apply):

☐  direct the defendant to hire me

☐  direct the defendant to re-employ me

☐  direct the defendant to promote me

☐  direct the defendant to reasonably accommodate my religion

☐  direct the defendant to reasonably accommodate my disability

☒  direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

- LOSE-OF-EAR-EARNINGS
- EXPENSSES-FOR-SURGERY-TRAVEL
- EXPENSSES-FOR-HEALTH-DAMHGE
$ 70.000.00

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

08 - 21 - 2023
Dated

Plaintiff's Signature

FLORICA
First Name

Middle Initial

BULIGA .
Last Name

840. 8th AV. # 102 -
Street Address

NEW-YORK
County, City

NY.
State

10019
Zip Code

_____
Telephone Number

_____
Email Address (if available)

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

Rudolph & Hellmann Automotive Ltd
ILC Gate 10
Watlington Road
Cowley
Oxford
OX4 6NL
Tel: +44 (0) 1865 712221

Ref: 10834/FB

Florica Buliga
34 Demense Furze
Oxford
OX3 7XF

21st June 2023

**Strictly Private and Confidential**

Dear Florica,

**Expenses claim request**

I am writing in response to your letter received on 2nd May 2023, in which you have requested the Company to compensate £40,000 for personal money spend, loss of earnings, care assistance and many other expenses related to your knee replacement surgery.

Rudolph & Hellmann Automotive Ltd will reimburse all reasonable authorised expenses incurred by employees on behalf of the Company after approval by management with valid receipts to support all claims. However, it is not Company policy to pay employees expenses for medical treatment and therefore the Company is unable to pay your expenses as requested. This was also informed to you in the letter dated 4th October 2022.

In your letter you have mentioned that you would like to represent yourself without the assistance of an attorney for the compensation. In order to claim compensation, you would need to submit relevant paperwork, thereafter, either Health & Safety team or company solicitors will be in touch with you to investigate the claim further.

Yours sincerely
**For Rudolph & Hellmann Automotive Ltd**

**Apurva Kher**
**HR Manager**

20230619_EXP_REQ_RESPONSE_FB