UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLORICA BUZIGA,<br><br>        Plaintiff,<br><br>   -against-<br><br>RUDOLPH AND HELLMAN AUTOMOTIVE,<br><br>        Defendant. | 23-cv-07395 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Complaint in this case was filed with the Court on August 21, 2023.  ECF No. 1.  Defendant filed a motion to dismiss the Complaint on October 18, 2023.  ECF Nos. 4, 10.  *Pro se* Plaintiff was served with notice of this motion on the same day.  ECF No. 8.  To date, Plaintiff has not filed any response to Defendant's motion, which was due on November 15, 2023 under Rule 4(A) of this Court's Individual Rules and Practices in Civil *Pro Se* Cases.  Given that Plaintiff is proceeding *pro se,* the Court will extend Plaintiff's deadline to respond to the motion until **December 22, 2023.**  If the Court does not receive a response by that date, it will deem Defendant's motion to dismiss unopposed.

  The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: November 22, 2023
     New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge