**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
FLORICA BULIGA,

                Plaintiff,

   -against-                                          23 **CIVIL** 7395 (JLR)

                                                                     **JUDGMENT**

RUDOLPH & HELLMAN AUTOMOTIVE,

                Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 22, 2024, the Court has GRANTED Defendant's motion to dismiss. Because the Court dismisses the Complaint for lack of personal jurisdiction, its dismissal is without prejudice to refiling in a jurisdiction in which Defendant may be subject to personal jurisdiction. See Miller v. Brightstar Asia, Ltd., 43 F.4th 112, 126 (2d Cir. 2022) ("A dismissal for lack of jurisdiction must be without prejudice rather than with prejudice." (citation omitted)); accordingly, the case is closed.

**Dated:** New York, New York

      April 22, 2024

                                                           **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                      **BY:**       K. Mango

                                                                     **Deputy Clerk**